UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROGER MARIANI, individually and on behalf of all others similarly situated, § § § § Plaintiff, § § v. § § MEMORIAL RESOURCE DEVELOPMENT § CORP., TONY R. WEBER, JAY C. § GRAHAM, SCOTT A. GIESELMAN, § KENNETH A. HERSH, ROBERT A. § INNAMORATI, CAROL L. O'NEILL, and § PAT WOOD III, § § Defendants. § | Civil Action No. 4:16-cv-02042 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Roger Mariani, by the undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants. All costs and expenses, including attorneys' fees, will be borne by the party that incurred them.

DATED: November 14, 2016.

Respectfully submitted,

  */s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720

*Attorneys for Plaintiff*

**OF COUNSEL:**

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY  10036
Tel: (212) 682-3025
Fax: (212) 682-3010