United States District Court
Southern District of Texas
**ENTERED**
December 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROGER MARIANI, individually and on behalf of all others similarly situated,  §§§§ | |
| Plaintiff, | |
| VS. §§ | CIVIL ACTION NO. H-16-2042 |
| MEMORIAL RESOURCE DEVELOPMENT CORP., TONY R. WEBER, JAY C. GRAHAM, SCOTT A. GIESELMAN, KENNETH A. HERSH, ROBERT A. INNAMORATI, CAROL L. O'NEILL, and PAT WOOD III, §§§§§§§§ | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 4), this action is dismissed without prejudice.

SIGNED on December 20, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge