IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROGER MARIANI, individually and on behalf of all others similarly situated, § § § Plaintiff, § § VS. § § MEMORIAL RESOURCE DEVELOPMENT § CORP., TONY R. WEBER, JAY C. § GRAHAM, SCOTT A. GIESELMAN, § KENNETH A. HERSH, ROBERT A. § INNAMORATI, CAROL L. O'NEILL, and § PAT WOOD III, § § Defendant. § | CIVIL ACTION NO. H-16-2042 |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 4), this action is dismissed without prejudice.

SIGNED on December 20, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge